UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SARAH A. RAMEY
          Plaintiff(s)

v.                              CIVIL ACTION NO. 10-11302-GAO

REGENT ASSET MANAGEMENT SOLUTIONS
          Defendant(s)

## DEFAULT JUDGMENT IN A CIVIL CASE

O'TOOLE, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

**Plaintiff has judgment against defendant in the total amount of $9,800.50, inclusive of reasonable attorney's fees and costs.**

                                              SARAH A. THORNTON,
                                              CLERK OF COURT

Dated: 5/10/12                                  By /s/ Paul Lyness
                                                          Deputy Clerk

NOTE: The post judgment interest rate effective this date is 0.19 %.

(JudgementCivil.wpd ramey v regent.wpd - 3/7/2005)